## 8

Sandy SMITH v. STATE. (No. 10621.) (Court of Criminal Appeals of Texas. Nov. 10, 1926.) Appeal from District Court, Polk

County; J. L. Manry, Judge. S. F. Hill and C. Bethea, both of Livingston, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Polk county of possessing equipment for the manufacture of intoxicating liquor; punishment fixed at two years in the penitentiary. The record is before us, without any statement of facts or bills of exception. The indictment sufficiently charges the offense. The court's charge is in conformity with law. Finding no error in the record, the judgment will be affirmed.